**FILED**
US DISTRICT COURT
DISTRICT OF NEBRASKA

FEB 3 1 2008

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08MJ12 |
| Plaintiff, | ) | |
| -vs- | ) | O R D E R |
| CHARLES KEITH MOSS, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize David J. Tarrell, as a Criminal Justice Act Training Panel Member, to assist in the defense of Charles Keith Moss.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, David J. Tarrell is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. David J. Tarrell shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Charles Keith Moss.

Dated: _2/1/08_

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE